**Order entered June 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00043-CV

**ALMA LOGAN AND LOGAN REAL ESTATE ASSOCIATES, LLC, Appellants**

**V.**

**RAYNETTE RANDALL, AS EXECUTOR OF THE
ESTATE OF RAY ELLIS, Appellee**

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-16-12590**

## ORDER

Before the Court is appellant/cross-appellee Alma Logan's June 4, 2019 unopposed motion for extension of time to file her brief in reply to appellee/cross-appellant's brief. We **GRANT** the motion and **ORDER** Logan to file her reply/cross-appellee's brief no later than July 8, 2019.

/s/    BILL WHITEHILL
        JUSTICE